STATE EX REL. BELZER *v.* SMITH, JUDGE.

[No. 27,616.    Filed November 7, 1941.]

*Claude Belzer,* of Michigan City, *pro se.*

PER CURIAM.—This is an original action seeking a writ of mandate against the respondents.

The facts are substantially the same as in *State ex rel. O'Leary* v. *Smith, Judge,* No. 27607 in this court, *ante,* p. 111, 37 N. E. (2d) 60, and, upon authority of that case, the petition is denied.